RECEIVED
MAY 11 2026
PRO SE OFFICE

Angela  Dowling,

Petitioner,

Federal Bureau of investigations

Responder,

Docket _____

Petition

**26 CV 3890**

REC'D SDNY CLERK'S OFF.
2026 MAY 8 PM 12:13

### Petition

Date of 6th of May 2026!

Statement of Jurisdiction:
The court.
people of court has the power
to hear your I Angela writing to the people of the Court

My name is Angela Dowling
female, for the
past couple years I'm a victim of human trafficking police brutality insurance fraud medical malpractice legal malpractice

PLEADING TITLE - 11

malpractice legal malpractice neglect, assault battery unlawfully eviction I Angela been robbed.
of my health all my belongings I've ever owned my security my safety my well-being
I'm asking for some relief for some help or assistance until this is further taken care of I have.
been trying to look for attorneys it's been quite difficult with everything going on. and of course
me being able to pay with everything that's been happening to me I'm a victim   I

terrible danger I have contacted the police the authorities the FBI the state police court
systems military about this terrible issues and tragedy that's been upon me for the past couple
years

It begin in 2019, I was assaulted and threatened with force and intent by a woman police
officer in the state of Texas as to why this police brutality took place and happened to me I'm
unaware of I did file some complaints still in process I was handcuffed by a woman for over 3- 4
maybe hours behind my back the best of my knowledge I think I was tased of some sort or

PLEADING TITLE - 1

the handcuffs were tasing me or she was teasing me I was screaming for help I was kicking and helping and begging please let me go I didn't do anything wrong all I remember is her throwing a bag over my head in the back of a car suffocating me she busted my nose she tightened the cuffs even tighter as I was screaming I was yelling I can't breathe I can'tbreathe well I just remember falling I feel flat on my face in the backseat of the cop car I don't know how long it was I was left there for a while I know that well she ended up going with her partner I believe I think and they drove to an alleyway and they parked there and left me there in the back of the car the only reason I recall this happen is because they took me she took me out of the car and officer I'm thinking it was an officer again I was never read my rights or shown badges or anything she took me out of the car and she threw me in the back of an alleyway face down again I busted my face I had blood all over I remember I woke up from the pit she took the handcuffs off of me and left me there and as she wasPLEADING TITLE - 21

2
3

leaving or whatever she was doing cuz again I was sort of not there I was unconscious cuz I couldn't breathe because of this bag that was over my head it was some type of a bean bag my gentleman came up to me and grabbed me and he's sick are you okay are you okay well the officer a woman whoever this was came back grabbed me again through the head comes back on me grab me again by my jacket through the bag back over my head through a grab put the handcuffs on me again and I just remember the guy yelling I'm calling the police I'm calling the police well this woman threw me back of a car I'm assuming it was a cop car and I just remember again passing out I don't remember anything I just remember having my back Cubs hand behind my back I was bleeding all over the place I had a bag over my head I couldn't breathe I know I passed out again I I don't know if she was in the car back in the car or if the police came and took us to a big Federal building I don't know what happened cuz I was just I couldn't breathe at this point I'm suffocated mind you the cops were extremely tight and I just remember my face was busted and my arms were so tight in the back well all I remember is they grabbed me in this building that I was at they

PLEADING TITLE - 2

pulled me out of this car and they were walking with me I still have the bag over my head at this point well I remember these people or officers I can't describe I don't know so I don't want to say things that I don't know anything about they grabbed me they put me in a room and I don't remember if I was put naked first or if I was put in front of a camera or in a room I don't remember I know it was a big shuffle if there was a bunch of cops or beds or somebody there there's a whole bunch of people there and they were grabbing me they were touching my fingerprints on ink in that room a lady was talking to me and then she put me in front of electrical thing they put my fingerprints I remember that part all of a sudden this woman I guess again she grabs me shoving me pushing me and I'm telling my I still couldn't breathe I

PLEADING TITLE - 31

was not in my right mind I was just so in a days because I again I I passed out because I was suffocated she grabs me by my arms and throws the cuffs back on me tightening them again 2talking crap to me well these two guys are people I should say again I should address what I don't know grabbed me immediately cuz I passed out when she did this what she put that I just remember falling on the ground like I couldn't even stand up I felt like my shoulders were dislocated or something like my esophagus closed in that's how bad it was well mind you again I was busted my mouth was busted my nose was bust I was bleeding and they grabbed me to the room they ran with me to the room and they locked us in a cage in some area I don't know what area it was or what was happening but I know they came from somewhere they grabbed me they took me to safety I still had the handcuffs in the bag over my head at the moment I didn't know what's happening you know and we were locked they close the gate and they locked us in this gate these two people and they had me by my arms they were holding me while they took the bag they grab me it was we were locked in this cage they took the bag off me cuz I couldn't breathe and I would I woke up like they were I guess trying to wake me up I woke up a little bit and I looked up and all the sudden I just see these

PLEADING TITLE - 3

people I don't know who they were walking into this room where we were locked in at and there was a lot of them like I mean maybe 7 to 10 people and I just look up and I the first person that came to my eye cuz I remember this woman or again I don't know exactly and I looked at her and her face I woke up and I was I just everything around me shut down I just saw this woman who just tormented me and just hurt me I looked up and I see a camera above her and it was a bunch of people I don't know if they're feds or FBI or Police department there and I looked at her and I just all I remember is passing out I don't remember what happened after that I don't know how many hours went by I don't know what took place

PLEADING TITLE - 41

all I remember is that these two people were with me locked in a cage like trying to save me and I just noticed that these people I don't know if they were trying to hurt us or trying to hurt me surrounded Us in his room as we were locked in this cage and I don't remember what happened after that and I'm thankful for my life and whoever helped me at that point and I hope everybody's safe and all I remember is I woke up in a room I don't know if it was I think it was some type of holding cell it wasn't jail or anything like that for what is a woman watching me and I was just crying and crying and asking for help because I had no idea what took place and what happened I'm just for the record I don't have a mental health illness or mental health issues I am not a drug addict I've never been a drug addict I don't use drugs I don't even smoke marijuana I occasionally smoke which is likely that's how maybe not even every 5 years I don't do prescription drugs I've took Adderall for 2 years possibly 2 years I've never been in trouble in my life I've been in accused of some sorts because of 3again false allegations of like assault you know you know with girls or guys nothing major I'm not a troublemaker I don't bother anybody I don't harm anybody I'd stay to myself I've worked my whole life since I was 15 and I'm just shocked that this is escalated and got ten times worse because I did go everywhere to report this I was scared and I'm scared for anybody that was with me and there will be and I will being so I've been reporting it

PLEADING TITLE - 4

to everywhere in any authorities possible 2019 after this took place I was in a bad car accident a guy ran a stoplight in a Hummer and smashed into my brand new car and totaled it my Jeep I was very injured the whole side of my car and the front end was smashed in it caused locked my leg into place in the vehicle my bags deployed I don't know if the car can't remember caught on fire but it caused major injury to my leg and of course this happened while working I had to take a couple weeks off

PLEADING TITLE - 51

of work my leg from my top of my leg over my knee to my ankle my blood vessels were busted nothing was broken I was internal bleeding in the inside of my leg and bruised a lot so I couldn't even walk I had several head injuries the chest injuries neck back I ended up moving back with my family and later that year because of this Late 2019 I was in another car accident not fault I was at a standstill because the highway on 17 in Bergen county was shut down and a gentleman was coming too fast behind me and smashed into my new car that I had just bought and totaled it again the airbags deployed I had a found out down the road well at that point I had a fractured finger a dislocated finger hand injury back injury next injury my knees was hurting I mean you name it I was trying to get some help and I was getting legal malpractice going on medical malpractice neglected on top of that I had an excellent coverage through my car his car and my company's car because I was also working when this happened the insurance wasn't paying insurance wasn't paying my car insurance fraud I'm still pending case I found out from the state one of the estate attorneys that my attorney was doing illegal malpractice so I had to find a legal malpractice attorney which is in process of pending I've been getting treated and tested with everything that's been going on with me thank God for the states and their insurance and I've been talking to of course police departments FBI I mean anybody that I can be able to get this across because I'm scared they've helped me throughout 3 years of getting tested every year mri's CAT scans x-rays over time my injuries have progressed and gotten 10

PLEADING TITLE - 5

times worse I do have a workers comp attorney in case pending but nothing has been going the way it 4should be I don't know why they said possible tort they filed a federal case for it it's pending I don't know what's taking place at this point with everything that's been going on 2022 I was assaulted threatened taken at my own free will in my eyes I was kidnapped I was home at my apartment in North Arlington at 188 North Arlington New Jersey an officer showedPLEADING TITLE - 61

2
3
4

up in a ambulance at my house while I was sleeping I was tired from the night before because my son ran away and I reported him as a machine runaway after course 24 hours they could not find him well the police department North Arlington Police department of New Jersey did not report it like they should have so I reported it to the FBI and also eternal affairs that being said this happened night before so I opened the door and the guy which I guess is a police officer again this is best to my knowledge starts talking to me he tells me I should go get evaluated because I think I'm going to harm myself or something like that I'm fine I don't need any valuation I just want to be here well he grabs me as I again rejected his advice he grabs me by my hands he throws me over his back mind you there's no police officer there there's just an ambulance with the guy throws me in back of an ambulance as I'm screaming and yelling he's telling me you have to go I said no I don't want to go he said you don't have a choice I said this is kidnapping what you're doing I'm not doing anything wrong you don't just show up at my house and throw me over back in assault me and throw me in a back of an ambulance he ties me down in these straps look at this point we drive we get to this hospital I'm thinking it was in Paramus or Hackensack I can't remember he took me in this place the they said he said they need her to be evaluated I don't know what happened and what was said beyond that point but several doctors kept me there I was in a room they had the doors locked I was there for I mean probably 12 hours I slept overnight several doctors evaluated me I explained what happened they released me they said there was nothing wrong I was fine I didn't have any mental health issues of course I wasn't in trying to kill myself

PLEADING TITLE - 6

or anything they released me the next day as I got out of course being that my child was missing for two days I went to check with the school and find out if he was okay or if he went to school well as I'm there these officers showed up after I was released by doctor several

PLEADING TITLE - 7

doctors the officer shows up start threatening me start threatening my well-being and start threatening my freedom he grabs me starts pushing and shoving me he said if he's like you do that again you're going to get charged with the resistant arrest and I said what am I doing I'm not doing anything why would I resist I can't be arrested and do anything wrong well a couple other officers came they throw me again and back of the ambulance forcing me without my free will of in my eyes it's kidnapping and force me back into this ambulance 5again they drive me again back to this facility that was at and they thrown back in the doctors I hear them saying like what are you doing she just got released well we don't have we didn't hurt we're going to lock her up he's telling the doctors if something I don't know of what sort and why I didn't do anything wrong trying to threaten well the doctors said you know what will keep they kept me well that being said they kept me there for almost 2 weeks as to why I don't know of course I had the same clothes on for 2 weeks I did was able to shower I had a few phone calls I had to sleep in a room for 2 weeks I had to do programs evaluation of some sort they injected me with some medicine put me to sleep again this is all without my authority to do so of course I get out after the two weeks I go to my apartment, this all took place and I think July or June of 2022 at this point I'm scared I'm freaking out you know who knows what they're capable of them but they're going to do especially when they did all this illegally you know so of course I pack my stuff I was planning to leave to Texas sooner than later but it was that cova pandemic going on and I was getting assistance from the state so I had still a couple more months well I got my stuff thrown out on the street again mind you my son was still missing and he wasn't returned back to me at this point then the following day my child comes back well the owner starts throwing my stuff on the porch again

PLEADING TITLE - 7

after he knows the situation I went through so it was forced to leave I got to a trailer and I

PLEADING TITLE - 8

drove myself there to Texas I went to go stay with my aunt there to be safe mind you my son went missing again he ran away so I reported of course the FBI the states the police department child welfare the courts I left and this Police department ended up finding my kid they were supposed to have my kid back to me August 24th of 2022 to this day my son was never returned they held him and hold him for me like hostage I guess or to prove a point of course I was filing a lot of Court hearings and reports and complaints it is now November of 2025 my son was still never returned to me and gave back to me he is now 18 of course and I hope he's okay I mean I see him on a weekly basis he's not living with me at this point because of another issue that took place that I'm going to explain on the next year so I'm fearful I'm very scared I I know I'm in danger I know I'm being attacked I know it's conspiracy I know there's something going on that's not right,

Again this is the best to my knowledge 2023 home invasion was in my apartment in Houston Texas and I was invaded by about 10 people there was some cars parked outside maybe three or four cars again I was so dramatized and everything happened so quick I don't know what happened all I know is a guy came to my 6door with some paperwork with a gun on a badge and said I needed to take what I needed to get I'm being evicted and whatever I don't take is going in the trash again at this point I have no idea what's going on the only thing I had court pending for that month was it May 8th of 2023 was for any legal eviction they were trying to evict me the lady was refusing to take my rent so I filed a complaint she filed a complaint against me and it got denied by two different courts so at this point I am don't know what's going on so they come into my house threatening me yelling starting my freedom threatening my freedom I immediately grabbed something threw it on and I left to the closest police department as possible I call the police immediately I'd explain what happened I called the fire department I called the ambulance I

PLEADING TITLE - 9

PLEADING TITLE - 8

28

called the police I told him I was being threatened someone invaded my home they're threatening me I'm scared of course with that being said with the issues I've happened before I'm dramatized and scared out of my wit so I took off I went straight to the military base the army base and the Navy base I first stopped in with the court system to double check they said no they can't go to your house it's not them they don't have the right to you have a court hearing pending I double checked everything they verified I got paperwork well at this point I go to straight to the army base I talked to the police there I'm crying I'm freaking out I tell the police that someone invaded my home and they're threatening to throw my stuff out in the street and then they call the army people they come out they questioned me they write a report of course these were army base people who had guns you know their superiors wrote a police report I wrote it in my own words I wrote it in their own words I left I went next door as well they said they were going to contact the authorities at nothing you know could take place like that it's illegal fine I went next door I called the people back they threatened me again I went next door again I went to the Navy base for eight and Navy seals I spoke with them they wrote a report they called the sheriff's department there in a constables department of their area so they can write a report and report it to their superiors and internal affairs or the necessary people that needed to be contacted they gave me paperwork they told me everything would be fine that's illegal they're not able to do something like that so at this point I told me to go home that everything would be fine will I get to my apartment when I do this is a few hours later and all my stuff is vandalized and thrown out on the street packed I don't know how they did it so fast with again there was a couple of people there that were in the apartment when I walked out it must have been over maybe again after this took place I took the paperwork that was provided the police report and I went back to the

PLEADING TITLE - 101

2

3

court and filed it then as I got to my apartment they told me to call the sheriff's department so can direct me into my apartment cuz my door cannot be locked will I get there everything's thrown out they packed up all my stuff locked my door changed my

PLEADING TITLE - 9

locks vandalized through all my stuff on the porch I mean everything was just thrown there I mean I've have my my bed alone is $5,000 my TV alone was $4,000 I mean brand new table center entertainment center I mean fridge sheets I mean everything was brand new cuz I just moved in they vandalized everything I had over almost maybe $10,000 and shoes that I was collecting they threw it out on the porch like that vandalized it my son's you know brand new bike all his game systems all his wrestlers wrestlers that he's been collecting since he's been a kids since 2 years old they vandalized it vandalized all his stuff that he was collecting for his games and game systems vandalized it was all thrown there open boxes open bags were ripped I mean they stole my identity with mine in my child and my son's father our social security is our birth certificates our bank cards my IDs that I ever owned phone's my grandmother antiques I mean you name it everything that I've ever owned my whole entire life was destroyed and thrown out well at this point I call the police they make a report they're telling me that I can't do anything about I got to go to court cuz it's a civil matter so I leave I go to my aunt's I'm crying at this point I wait in the morning I call the fire department to report it because of course it's a fire issue and all my stuff's been vandalized and they don't want to open the door I go and file another court hearing for at least my stuff to be replaced so I have belongings or picked up and I also asked for a replace for that I don't want to go back to this apartment at this at this point because it needs to be investigated those people need to be locked up so I asked for my privilege just to pick up my mail because they threatened to put me in jail if I go to the property they threaten to put me in jail if I go get my stuff I mean you name it the officers must have known I guess the apartments I lived at was threatening my

PLEADING TITLE - 111

freedom threaten my well-being if I come back they were going to arrest me so at this point I go stay with my family members to this day I have not been reimbursed or my stuff has not been given to me or called or nobody has contacted me about this I've been homeless they put this on bad credit on my credit of lies that the judge approved it and the judge

PLEADING TITLE - 10

never approved it the judge denied it two times I have several court papers stating that nothing has been fixed the case is still pending in Federal the judge has a case on whole due to the attorney saying that she never got served for the case which was a lie so I left it like that until further notice for the federal court to investigate

82024 I leave and go stay with my mother because I was sleeping in my car in hotels for the past year with them this being said and everything happening I left to Arizona during that period of time I had a rental car which I had it through my job through Uber program through Uber's corporate account through the rental car company with their auto insurance as well which was covered under my credit card my bank card my contract of lease and rental, I started having issues where they weren't paying me they were keeping half my money labor law issues I guess I consider it as everything I've been through now that I see it was human trafficking it is human trafficking what I'm going through and labor law I did go to file a complaints to make sure that they were receiving the information of what I've been riding through the app I go to California I filed some complaints with the Los Angeles Federal Court and I file it too of course you know department of transportation the FBI and the DA's office and of course Uber

As I'm there the day after these filings for these complaints I'm walking out of my hotel room in Buena Park California and as I'm walking out of my hotel room these cars pull up on me with people jumping out of the car again I don't want to dress them cuz I don't know what they are the address themselves as a task force of Orange county they roll up on me they're telling mePLEADING TITLE - 121

to put my hands in the air I'm screaming like what's going on mind you I was on the phone thank God for that no City or town police were there was just these guys that rolled up in this car cars I should say and women so the guy comes up to me he throws my hands behind my back again and I'm in pain I'm telling him I have injuries I just severe car accidents and I also have a police brutality case pending for assault he's telling me to shut up assaulting me put

PLEADING TITLE - 11

my cups back he tightens them threatening me I can't breathe because I again these injuries are bad I haven't told him I have an injury with my esophagus I can't breathe when I'm sitting or laying down a certain way because it was very fresh he didn't care I asked for medical assistance he denied it I stopped the lady was helping me I couldn't breathe well finally the city somebody call the city police they show up I take me in they search all my stuff everything again that I just bought some clothes and some stuff that I had in my truck that I was had on me that cuz I was traveling to my mom's and they sabotage I mean not sabotage they ran through everything and searched everything as to why I don't know what I did after that took place I was told that the car was reported stolen which I don't know how because I just showed him my paperwork and my receipts my receipt was the last bill was July 1st this what happened 2024 July 11th I said if there's an issue they know I just report I told him to go check on my reports I just reported upstairs they didn't care at this point I told him please check in We this it because it's my car my rental under my name I showed him already sheets my bills I mean the complaints everything will that being said they take me to Orange county I guess it was a correctional or police brutality I get to the I guess the police must tell her the task force must have looked into it they put me in a holding cell I'm sitting in this holding cell it must have been from 13 to 18 hours in this holding cell they're telling me they don't have paperwork to book me because I guess I'm going to file charges so they had no paperwork

PLEADING TITLE - 131

so they're trying to get the paperwork in order to book me so mind you after this takes place they put me in a dorm of some sort with other women this happened on a Thursday July 11th they had no paperwork still finally I go to court somebody filed paperwork on July 15th this is a 2024 this I was assaulted I was harassed I was forced I was threatened they put me in this holding sale with these women I got released on Monday July 15th they said I had to pay a bill of some sort on a complaint which is boggling my mind and the plane wasn't even approved by a judge or the complaint wasn't even filed by a DA or by the company for a

PLEADING TITLE - 12

complaint to be filed for they said it was receiving stolen goods first they try to tell me it was a felony that I stole the vehicle then they put receiving stolen goods still had no complaint filed by the da to this day or by the company themselves or their attorneys to file a complaint against me the complaint is not being filed correctly I did file a complaint and a report through the United States Court of California and through the court of Orange county Superior Court I've also reported to the FBI several times I'm also being harassed there saying that I have warrants of some sort I don't know as to how I have a warrant I've done nothing wrong I can't show up for court because I haven't got an answer from the court itself or from the federal court I got answer that they received the paperwork and it was a continuance I filed for and that they were going to call me contact me-don't I don't if the warrant is real because the gentleman called me and started yelling at my father and myself saying that he's checking public records and I'm wanted I I checked the guy's number and there's no number on record of any place where he's talking about I don't know what he's from or who he is but I'm getting harassed and stopped, for back to me being into the holding cell they put me in to speak with some doctors and some counselors and therapists I speak with them I tell him everything that I'm explaining to you guys of what's been taking place and that something's

PLEADING TITLE - 141

not right someone's out to hurt me harm me evaluated I got evaluated they wanted to run some tests on me so after this takes place someone grabs me and takes me into a holding cell and tells me that I'm there because of mental that I am mentally not well and at this point I'm like what are you talking about you know I don't have a mental health issue well they hold 10me in the sale for 3 days no phone calls no shower no toothbrush no outside world no leaving the sale they hold me there the whole time as to why I don't know I'm finally they let me leave because my father had to call and just pay I didn't want him to release me with the bail because I was trying to see the doctors first before I got released that didn't happen I ended up leaving I go the following day they give me my release form for all my belongings and all

PLEADING TITLE - 13

my stuff very nice they gave me my stuff they gave me paperwork to go get pick up my belongings you know they said just go to court so I'm thinking at this point my charges were never brought or the complaint was never brought because it was a complaint will I go pick up my belongings at this facility and the car or the truck went missing they can't find the truck it was stolen and all my belongings are missing and we're stolen so to this day I'm still not returned with my belongings or kind of compensation of any sort again with no belongings homeless with no car They asked me to go to court I've been to court every 3 months for the past year and no complaint has been filed I don't know why I'm even going to this court and why they just keep telling me to come to court for a review I don't know what is happening and why they would even do that with nothing's been charged against me nobody filed a complaint not Houston Police department not Uber's attorneys and not Bruno parks Police department it was a complaint that was drawn up and I'm still going to this hearing that I finally filed in May of 2025 for civil rights and of course false claims act against this complaint it's pending in federal

PLEADING TITLE - 151

court and Superior Court I have three courts involved and they also have it down for the judge put it as an unlawful detained I had these pending cases pending, I get a new car a rental car of course do the same company cuz of getting I have a contract with them with the corporate account to Uber and I get the car back a new one to give it to me and the same thing happens again someone steals my car steals all my belongings in there cuz that's where I kept I really close and belongings they steal all my belongings again and hit the car, so at this point I go and get a car rental through the airport to be safe because it's just already overdue of course I'm reporting it to the feds the police department the courts everything I go get a car rental from the airport in Phoenix I have the car everything is going good I'm going in on a daily basis paying my bill in person at the airport every 3 days cuz I had a contract

PLEADING TITLE - 14

$99 for every three days two months went by everything is going good all the suddenly they tell me I need to return the car that my bill is not paid and I said my bills being paid I've been going in person to pay my bill I said that's a possible I spoke to the manager she even printed out my bill she even got me in a new car I was getting in a new car every other week and 11they're very helpful well I go to they tell me I need to get my car checked that there's a report detective going on that something's wrong with the vehicle so I took the car back and they were going to change it out as I park it in the park mind you again all my belongings are in this car but I don't have my keys I parked the car to go see where they want me to move myself into the other car the guy said no you have to leave the car you can't get a car anymore I said why there's an issue they're saying that I don't know what the issue was so I go outside my car stolen again my car that's still under my contract under my name that I paid for and it's still under my name I didn't check it out and the time still under my name cuz it wasn't time to check it in they can't find the car it went missing with all my belongings in it

PLEADING TITLE - 161

again so at this point I'm freaking out again because my car just got stolen for like the fourth time again with all my belongings mind you and I contact the security of the Port authorities there the police department I report it to this day my stuff has not fully been returned so I file a report as a grand theft police reports my stuff was stolen I contact head of security of the company well mind you the three days go by they go into my account take everything I own and my bank account over $2,300 22 $400 they take out leave me with zero balance in my account emptied my account completely so I have no money I'm homeless again with no money with no car I contacted the company no one's contacting me back I've contacted the FBI they have not returned my money to this day still thank God I went and started applying for cars I didn't want to get a card and think it was safe because I was scared my car was going to get vandalized and stolen or hurt you know I went and got a car brand new

PLEADING TITLE - 15

a Kia 2025 thank God for a Kia in Phoenix Camelback Kia who got me into a car brand new mind you I don't know if it was a mistake or what was happening but God has been watching me two people hit my car and wrecked my back I did report it to insurance one of the insurance companies of course did not pay me correctly as usual insurance fraud I don't know the other guy paid me a bit of it but not fully amount I'm pending the case with an attorney,

So 2025 another worst horrible year that I've been going through I come back to New Jersey and I've been traveling in Massachusetts Connecticut going through the worst case possible at this point of human trafficking they're taking about more than half of my pay I'm working extreme hours I'm making $3 $4 rides at a time thank God I've been saving money I have money saved and I was able to stay in Airbnb in hotels I did report it to the federal court of Connecticut and Massachusetts for human trafficking

PLEADING TITLE - 171

28

At this point I'm visiting in Springfield Massachusetts at AIC college where my son has a full pick up of call the games I go for homecoming know upset we or a police from from the trespassing I to his start until I can check to see wasn't car behind my car might do the police like

PLEADING TITLE - 18

scholarship for college there he dorms I've been checking on him when he doesn't

PLEADING TITLE - 16

course days at a time I've been there maybe twice to check on him of course I do school if I don't hear from him well I go for homecoming I've been going to all's homecoming and my son is not there and I'm worried at this point because it's everybody should be there and they should be announcing all the people there you he's missing I go to the dorm to go check on him he's sleeping in the dark he gets start arguing I go downstairs and this guy who presents himself as a security guard officer he called himself starts threatening me that I need to leave and I'm banned coming back and I can't come back to the property and I said you cannot ban me property if you come back we're going to arrest you and have you arrested for don't know who this guy was he was not pleasant he was dressed with a shirt down knees whip shoes rip toe shoes smell like weed and alcohol the police come out they threatening me again saying that I can't come back I said I'm going to come back get a court order because I need to check on my kid or it could be in danger I need to and make sure my kids okay my son the following week I go speak with the coaches you know the status of what's going on and all the suddenly as I'm leaving my son there mind you he was at my parents house in New Jersey as I'm leaving this patrol comes and blocks my car in comes up to me starts threatening me throws my hands my back put handcuffs on me a security guard patrol car doesn't let me get back in pushes me kidnapping in my eyes assaulted me throws me back in aA patrol truck this truck is just a regular truck it's not a cop car or a police car drives me down to department until the police department he wants me arrested and I'm telling the cops

2
3
4
23
24
25
26
27
28

okay where's the legal documents from the courts and why is he telling you to arrest me they rights they charges assaulted that no judge just know that this but he illegally against this that's pending, works for hotel and I to any what threw my again I did has a them point on

didn't arrest me of course they didn't put handcuffs on me they didn't read me my

PLEADING TITLE - 17

did take my fingerprints and booked me no rest was made no complaint was filed no were brought by the Springfield Police department they let me leave after this guy and kidnapped me I go to court the following day and I'm getting threatened again judge signed off on any paperwork no stamps were made on any paperwork no signed off on anything no seals anything of that sort so I don't think it was a judge I that I look at the documentation of the paperwork and it's stating on the paperwork security guard submitted paperwork to the court asking for a complaint to be filed didn't file after mind you assaulting me and putting handcuffs on me and trying to Arrest me so they have a hearing I'm filed a course if another federal complaint and I've asked to be released as relief from this terrible tragedy cuz it's not correct 2025 a month prior before this took place I was staying at my daughter's hotels who the company of Marriott and I get her family discount I was staying at a Hadley was told that my reservations were canceled and I was banned from ever returning Marriott hotel I of course immediately called the police of Hadley and I explained to was going on I don't know as to why it turned on me cuz I called to report this they stuff out again out of my room after it was paid for vandalized my stuff in my food file a complaint I did file a hearing I did file complaint with federal court nobody contacted me about it from the company as of yet the police were involved they did handcuff me again for no reason I have no idea as to why I explained the situation to they can't talk to me they released messages don't know what's happening from this

PLEADING TITLE - 191

I did follow up complaints I'm in the court I didn't file a complaint against officers because
they actually heard what I had to say and let me leave thank God my only concern is now
these employees at this hotel of doing a legal stuff and terrorism at this point,
so here I am today filing this brief petition of help I've been getting too many traffic terrorized
tortured in my eyes police brutality legal malpractice medical malpractice neglect insurance
fraud I've been getting terrorism done to me all this illegal action that's been taken upon me
and I don't know as to why and I've requested and I'm begging and asking for this petition for
someone to see and read this and help me the best of their knowledge and however the best
they can help me or what advice or what would be the best of the Court's knowledge to do
from this point on attorney at this point right now with the human trafficking and me not having
money to do that is sort of difficult so I'm asking the people of the Court the court the people
to help me with this please, best of my knowledge Angela dowling
Respectfully submitted
United States Court
Dated this day of Month, year.
Grounds/Cause of Action: Legal reasons why you are entitled to relief:

PLEADING TITLE - 18

Review cause brief statement petition complaint

Relief: Clearly state exactly what you want the court to do.

Responsible for their actions.

PLEADING TITLE - 201

2
3
4
23
24
25
26

ANSWER WITH GOOD FAITH being honest, fair, sincere, and transparent, with a genuine intention to act ethically and without deceit, even if the outcome isn't as desired, focusing on understanding.

Jury Demand (Optiona, state "Jury Trial Demanded":

IF NEED, IF NOT RESULTED

Angela Dowling

I _Angelee Perey Dowling_  05·08·2026

Signature : signature,

Verification: A sworn statement that the petition's contents are true best to my knowledge and/or best of my ability.

Petitioner

PLEADING TITLE - 21

REC'D SDNY CLERK'S OFF.
2026 MAY 8 PM12:13

PLEADING TITLE - 19

935 Pennsylvania Ave NW
Washington DC,
From: Apd

United States Court
new York
"Clerk"

RECEIVED
CLERK'S OFFICE
S.D.N.Y.

MAY 0 8 2026

USM P3
SDNY

RECEIVED
SDNY PRO SE OFFICE
2026 MAY 11  AM 11: 10